# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECUTAL VENTURES I LLC, and INTELLECUTAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>*Defendant*. | C.A. No. 22-1350-GBW<br><br>DEMAND FOR JURY TRIAL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC and Defendant Hewlett Packard Enterprise Company, subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

January 25, 2023

**FARNAN LLP**

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

**DLA PIPER LLP (US)**

/s/ Brian A. Biggs
Brian A. Biggs (Bar No. 5591)
Angela C. Whitesell (Bar No. 5547)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Tel: (302) 468-5700
brian.biggs@us.dlapiper.com
angela.whitesell@us.dlapiper.com

*Attorneys for Defendant*

2

APPROVED and SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE